UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL L. JONES,

    Plaintiff,

v.      Case No: 6:22-cv-503-GAP-DCI

WASTE PRO USA, INC.,

    Defendant

## ORDER

This cause comes before the Court on the Parties' Joint Brief in Support of Approval of Offer of Judgment (Doc. 16) filed May 25, 2022, and construed as a motion.

On July 15, 2022, the United States Magistrate Judge issued a report (Doc. 19) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The motion for approval of offer of judgment (Doc. 16) is **GRANTED**. This case is **DISMISSED** with prejudice.

3. If the parties reach an agreement as to attorneys' fees and costs, a motion for fees and costs need not be filed with the court. If the parties cannot reach an agreement as to attorneys' fees and costs, Plaintiff must file his motion for fees and costs by August 15, 2022.

4. Any other pending motions are **DENIED** as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 1, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

- 2 -