**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL L. JONES,

    Plaintiff,

v.                                                     Case No:   6:22-cv-503-GAP-DCI

WASTE PRO USA, INC.,

    Defendant

## ORDER

This cause comes before the Court on Plaintiff's Motion to Award Attorneys' Fees (Doc. 21), filed August 15, 2022.

On August 30, 2022, the United States Magistrate Judge issued a report (Doc. 23) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Award of Attorney's Fees (Doc. 21) is **GRANTED.** Plaintiff is entitled to attorney fees and costs under 29 U.S.C. § 216(b) as the prevailing party.

3. Plaintiff shall file a supplemental motion on the amount of fees and costs by November 3, 2022.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 19, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party